IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     : | |
| : | |
| Plaintiff     : | |
| : | |
| v.     : | CASE NO. 7:10-CR-33 (HL) |
| : | |
| : | |
| FREEMAN MITCHELL MORRIS,     : | |
| : | |
| Defendant     : | |
| : | |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 81) filed February 24, 2014 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection to the Magistrate Judge's Recommendation was filed within the time allowed.

**SO ORDERED,** this the 1st day of April, 2014.

        *s/ Hugh Lawson*
        HUGH LAWSON, Senior Judge
        United States District Court