**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO:** |
| **FREEMAN MITCHELL MORRIS,** : | **7:10-cr-33–WLS-ALS** |
| : | |
| Defendant. : | |
| _____ : | |

### ORDER

Before the Court is the Defendant's Motion for Early Termination of Supervised Release (Doc. 114) ("Motion") filed November 6, 2025. Therein, Defendant states he has successfully completed over one year of his three-year term of supervised release, and requests that the Court terminate the remainder of his supervised release. To date, the Government has not filed a response to the Motion.

Accordingly, the Government is hereby ORDERED to file a response to the Motion (Doc. 114) on or before **Friday, January 2, 2026**.

**SO ORDERED**, this 5th day of December 2025.

　　　　　　　　　　　　　　　　　　　/s/W. Louis Sands
　　　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, SR. JUDGE**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**